UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 0:20-cr-99-PJS-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| VINCENT KONNEY, | |
| Defendant. | |

This matter is before the Court on Defendant Vincent Konney's Motion to Continue Motions Hearing. ECF No. 22. The pre-trial motions hearing is currently scheduled to take place on July 27, 2020. Mr. Konney has consented to the hearing being conducted by videoconference. ECF No. 22 ¶ 1. Mr. Konney requests the motions hearing be continued until after August 2, 2020, because his counsel will be on a family vacation without internet or reliable wifi access between July 15th and August 2nd. *Id.* ¶ 2. The government does not object to Mr. Konney's request, but asks that the hearing be held sometime before August 14, 2020, when the government's counsel anticipates he will be in trial. *Id.* ¶ 3.

For good cause shown, Mr. Konney's motion is **GRANTED**. The motions hearing in this case will be held by Zoom videoconference **Tuesday, August 11, 2020 at 1:00 PM**, before United States Magistrate Judge Katherine Menendez. Instructions for joining the videoconference will be sent to counsel for the parties by email. Pursuant to 18 U.S.C. § 3161, the time between July 27, 2020 and August 11, 2020 is excluded from Speedy Trial Act calculations.

**IT IS SO ORDERED**.

Date: July 7, 2020

          *s/Katherine Menendez*
          Katherine Menendez
          United States Magistrate Judge